UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIAN ZHANG, GUANG YANG, WA XUE, TIAN CHENG WANG, LIQUN CHEN, SHENQI FU, SHUYUAN SONG, YUHONG ZHANG,<br><br>                 Plaintiffs,<br><br>     v.<br><br>BAIDU.COM INC., PEOPLE'S REPUBLIC OF CHINA,<br><br>                 Defendants. | 1:11-cv-03388 (LBS)<br><br>ECF Case<br><br><u>Electronically Filed</u> |

**SPECIAL NOTICE OF APPEARANCE
FOR THE LIMITED PURPOSE OF
<u>CONTESTING THE SUFFICIENCY OF SERVICE OF PROCESS</u>**

PLEASE TAKE NOTICE that Carey R. Ramos of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters his special appearance for the limited purpose of contesting the sufficiency of service of process as counsel of record for Defendant Baidu.com Inc. in the above-captioned action.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 31, 2012

                       Respectfully submitted,

                       /s/ Carey R. Ramos
                       Carey R. Ramos

                       QUINN EMANUEL URQUHART &
                       SULLIVAN, LLP
                       51 Madison Avenue, 22nd Floor
                       New York, New York 10010
                       Telephone:  (212) 849-7000
                       Facsimile:  (212) 849-7100
                       careyramos@quinnemanuel.com

                       *Attorneys for Defendant Baidu.com Inc.*