UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIAN ZHANG, GUANG YANG, WA XUE, TIAN
CHENG WANG, LIQUN CHEN, SHENQI FU,
SHUYUAN SONG, YUHONG ZHANG

          Plaintiffs,

      v.

BAIDU.COM INC., PEOPLE'S REPUBLIC OF CHINA,

          Defendants.

1:11-cv-03388 (JMF)

---

**BAIDU.COM INC.'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS
MOTION TO QUASH SERVICE OF PROCESS
AND TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(b)(5)**

Carey R. Ramos
Jacob J. Waldman
QUINN EMANUEL URQUHART & SULLIVAN,
LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Plaintiffs have submitted no opposition to defendant Baidu.com Inc.'s ("Baidu") Motion to Quash Service of Process and to Dismiss the Complaint Pursuant to Rule 12(b)(5) (the "Motion"), which was served and filed on October 1, 2012.[1]  Accordingly, Baidu's Motion is now ripe for decision, and Baidu respectfully requests that the Court grant its unopposed Motion for the reasons stated in its opening Memorandum of Law.

Finally, Baidu notes that plaintiffs have a Motion for Default Judgment[2] pending. Plaintiffs' Motion for Default Judgment is necessarily predicated upon service of process of the summons and complaint, which the present Motion contests.  Baidu filed a timely opposition to the Motion for Default Judgment on October 1, 2012, to which plaintiffs likewise did not respond.  Baidu respectfully suggests that the present Motion, if granted as we urge, renders plaintiffs' Motion for Default Judgment moot.

Dated: New York, New York
       October 22, 2012

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By: /s/ Carey R. Ramos
    Carey R. Ramos
    (careyramos@quinnemanuel.com)
    Jacob J. Waldman
    (jacobwaldman@quinnemanuel.com)
    51 Madison Ave, 22nd Floor
    New York, New York 10010
    Tel.: (212) 849-7000
    Fax:  (212) 849-7100

*Attorneys for Defendant Baidu.com Inc.*

---

[1] Docket Entry # ("Dkt. #") 15–17.  Pursuant to S.D.N.Y. Local Civil Rule 6.1(b), plaintiffs' opposition was due to be served and filed no later than October 15, 2012 (14 days after Baidu filed its Motion).

[2] Dkt. # 7–10.