UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIAN ZHANG et al.,

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

11 Civ. 3388 (JMF) ( )

- against -

BAIDU.COM INC.,

**NOTICE OF APPEAL IN A CIVIL CASE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that JIAN ZHANG et al
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment Judgment, Order and Amended Order dismissing the complaint.
*(describe the judgment)*

entered in this action on the 27th and 28th day of March, 2014.
*(date)* *(month)* *(year)*

Stephen Preziosi
*Signature*

570 Seventh Avenue 6th Floor
*Address*

New York, New York 10018
*City, State & Zip Code*

DATED: April 28, 2014    (212) 300 - 3845
*Telephone Number*

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*